UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EUGENE TUCCIARONE,<br><br>Plaintiff<br><br>-against-<br><br>TD AUTO FINANCE, LLC<br><br>Defendant | Civil Case No. 3:17-cv-00410-MAS-TJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, Eugene Tucciarone and TD Auto Finance, LLC, through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice.

Dated: April 14, 2017

s/Ari H. Marcus
Ari H. Marcus, Esq.
Marcus & Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
Attorneys for Plaintiff

s/Jeffrey R. Johnson
Jeffrey R. Johnson, Esq.
Brown & Connery, LLP
360 Haddon Avenue
Westmont, NJ 08108
Attorneys for Defendant

So Ordered this 18th day of April, 2017

Hon. Michael Shipp, USDJ

1